UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSTAFA FTEJA,<br><br>           Plaintiff,<br><br>-against-<br><br>FACEBOOK, INC.,<br><br>           Defendant. | Civil Action No. 1:11-cv-00918 (RJH)(MHD)<br><br>NOTICE OF MOTION TO TRANSFER VENUE, TO DISMISS, OR <u>FOR A MORE DEFINITE STATEMENT</u> |

**PLEASE TAKE NOTICE** that Defendant Facebook, Inc. ("Facebook"), by its undersigned attorneys, shall move before the Honorable Richard J. Holwell, U.S.D.J., at the Courthouse located at the 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an Order to transfer this case to the Northern District of California under 28 U.S.C. § 1404(a); to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6); for a more definite statement of Plaintiff's claims under Federal Rule of Civil Procedure 12(e); and such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that Facebook shall rely in support of this motion upon the annexed Declaration of Justin Nolan Kinney and the exhibit thereto, the Declaration of Ana Yang and the exhibits thereto, the accompanying memorandum of law, and the pleadings and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that no trial date has been scheduled in this matter.

Dated:   April 4, 2011

                                            Respectfully submitted,

                                      By:  ____/s/ Justin Nolan Kinney_____
                                                Justin Nolan Kinney (JK8531)
                                                COUGHLIN DUFFY LLP
                                                Wall Street Plaza
                                                88 Pine Street, 28th Floor
                                                New York, NY  10005
                                                (212) 483-0105
                                                jkinney@coughlinduffy.com
                                                *Attorneys for Defendant,*
                                                *Facebook, Inc.*